FILED
RICHARD W. NAGEL
CLRK OF COURT
2016 APR 26 PM 5: 09

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. |
| v. | JUDGE 2:16 cr 090 |
| | Judge Smith |
| TIMOTHY E. BAGEANT, | |
| Defendant. | |

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 2252(a)(4)(B)

### I. ELEMENTS: 18 U.S.C. § 2252(a)(4)(B)

First: The defendant knowingly possessed one or more matters which contained any visual depiction of a minor engaged in sexually explicit conduct;

Second: Such visual depiction had been mailed, shipped, or transported in interstate or foreign commerce, by any means, including by computer, or was produced using materials which had been so mailed, shipped, or transported;

Third: That the production the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct;

Fourth: The defendant knew that the visual depiction involved the use of a minor engaging in sexually explicit conduct; and

Fifth: Such acts occurred in whole or in part within the Southern District of Ohio.

1

## II. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 10 years in prison, a fine of $250,000, minimum of 5 years of supervised release to a maximum term of life, and a $100 special assessment.

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

JESSICA H. KIM (87831)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Email: Jessica.Kim@usdoj.gov